# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-11587-AMC

SHANE KELLY ABBOTT, JR.

744 MEARNS ROAD

WARMINSTER, PA 18974

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    SHANE KELLY ABBOTT, JR.

    744 MEARNS ROAD

    WARMINSTER, PA 18974

**Counsel for debtor(s), by electronic notice only.**
    CAROL B MCCULLOUGH
    65 W STREET RD
    SUITE A-204
    WARMINISTER, PA 18974-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                               /s/ William C. Miller

Date: 6/4/2018

                                               _____
                                               William C. Miller, Esquire
                                               Chapter 13 Standing Trustee