# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Shane Abbott        Chapter 13

Case No. 18-11587 AMC

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325 (A)(8) AND (A)(9)**

I, Carol B. McCullough, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for June 13, 2018 in the above referenced case:

1. The above named debtor(s) is/are current with all post-petition obligations.
2. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.
3. The above named debtor(s) has/have filed all applicable Federal, State and Local tax returns, as required by 11 U.S.C. Section 1308.
4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an undated Certification will be provided to the Standing Trustee prior to any subsequent Confirmation hearing date.
5. If this Certification is being signed by counsel of debtor, counsel certifies that the debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

Dated: 6/13/18        By: [signature]