## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

IN RE:                                                    BK. No. 18-11587-amc
THE ESTATE OF SHANE KELLY
ABBOTT, SR.                                               Chapter No. 13
        Debtor

HATBORO FEDERAL SAVINGS
        Movant                                     11 U.S.C. §362 & §1301

        v.
THE ESTATE OF SHANE KELLY
ABBOTT, SR.
        Respondent

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

**HATBORO FEDERAL SAVINGS** has filed a Motion for RELIEF FROM THE Automatic Stay with the Court to permit **HATBORO FEDERAL SAVINGS** to Foreclose on **319 MAPLE STREET, WARMINSTER, PA 18974.**

       **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before August 23, 2018, you or your attorney must do all of the following:

       (a) file an Answer to explain your position at:

> Clerk's Office, U.S. Bankruptcy Court
> The Robert Nix Building
> 900 Market Street
> Philadelphia, PA 19107

If you mail your Answer to the bankruptcy clerk's office for filing, you must email it early enough so that it will be received on or before the date stated above; and

       (b) mail a copy to the Movant's attorney:

> TIMONEY KNOX, LLP
> 400 Maryland Drive, P.O. Box 7544
> Fort Washington, PA 19034-7544

1163162-1

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) and attend the hearing, the Court may enter an Order granting relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable ASHLEY M. CHAN on September 4 at 11 am in Courtroom 4, United States Bankruptcy Court, The Robert Nix Building, 900 Market Street, Philadelphia, PA 19107. Unless the Court order otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the matter directed by Fed. R. Bankr. P 9014(d).

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Amended August 27, 2018