United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 18-11587-amc
Shane Kelly Abbott, Jr.                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Sep 04, 2018
                              Form ID: pdf900         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2018.
db             Shane Kelly Abbott, Jr.,    744 Mearns Road,    Warminster, PA 18974-2808
cr            +Hatboro Federal Savings,    221 S. York Road,   Hatboro, PA 19040,    U.S.A. 19040-3497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Sep 05 2018 02:13:26    City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 05 2018 02:13:05    Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 05 2018 02:13:22    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: bkteam@selenefinance.com Sep 05 2018 02:12:58
                MTGLQ Investors, L.P. c/o Selene Finance LP,    9990 Richmond Avenue,   Suite 400 South,
                Houston, TX 77042-4546
cr            +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2018 02:11:08    Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2018 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Debtor Shane Kelly Abbott, Jr. mccullougheisenberg@gmail.com,
               G25217@notify.cincompass.com
              JOHN J. MCANENEY    on behalf of Creditor    Hatboro Federal Savings jmcaneney@timoneyknox.com,
               lhyde@timoneyknox.com
              KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>THE ESTATE OF SHANE KELLY ABBOTT, SR.<br>    Debtor | BK. No. 18-11587-amc<br><br>Chapter No. 13 |
| HATBORO FEDERAL SAVINGS<br>    Movant | 11 U.S.C. §362 & §1301 |
| v.<br>THE ESTATE OF SHANE KELLY ABBOTT, SR.<br>    Respondent | |

## ORDER MODIFYING §362 & §1301 AUTOMATIC STAY

**AND NOW,** this 4th day of September, 2018 at **PHILADELPHIA**, upon Motion of **HATBORO FEDERAL SAVINGS** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with nonbankruptcy law; and it is further;

**ORDRED** that Relief from the Automatic stay as provided under 11 U.S.C. §362 & §1301 is granted with respect to 319 MAPLE STREET, WARMINSTER, PA 18974 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **HATBORO FEDERAL SAVINGS** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

1169977-1

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

CAROL B. MCCULLOUGH, ESQUIRE
MCCULLOUGH EISENBERG, LLC
65 W. STREET ROAD, SUITE A-204
WARMINSTER, PA 18974

UNITED STATES TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19103

SHANE ABBOTT
744 MEARNS ROAD
WARMINSTER, PA 18974-2808

1169977-1