United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 18-11587-amc
Shane Kelly Abbott, Jr.                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 1            Date Rcvd: Sep 12, 2018
                             Form ID: pdf900         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2018.
db            Shane Kelly Abbott, Jr.,    744 Mearns Road,    Warminster, PA 18974-2808
cr           +Hatboro Federal Savings,    221 S. York Road,    Hatboro, PA 19040,    U.S.A. 19040-3497
14096452     +MTGLQ Investors, L.P.,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
               701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14085950     +Marinosci & Baxter,    Atty for Wellington Center,    14643 Dallas Parkway, Ste 750,
               Dallas, TX 75254-8884
14116651     +McCullough Eisenberg, LLC.,    65 West Street Road,    Suite A-204,    Warminster, PA 18974-3229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Sep 13 2018 02:27:32     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2018 02:27:01
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 13 2018 02:27:20     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14103760     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 13 2018 02:45:49     Directv, LLC,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14074199      E-mail/Text: Diane@mvrlaw.com Sep 13 2018 02:26:44     Federal National Mortgage Association,
               C/o Martha Von Rosenstiel,    649 South Ave # 7,    Secane, PA 19018-3541
14108446     +E-mail/Text: bkteam@selenefinance.com Sep 13 2018 02:26:45     MTGLQ Investors, L.P.,
               C/O Selene Finance LP,    9990 Richmond Ave Ste 400 South,    Houston, TX 77042-4546
14071494     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2018 02:45:25
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14085213      E-mail/Text: bnc-quantum@quantum3group.com Sep 13 2018 02:26:51
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14071999     +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 02:46:08     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14074198        18-11587
cr*          +MTGLQ Investors, L.P. c/o Selene Finance LP,    9990 Richmond Avenue,    Suite 400 South,
               Houston, TX 77042-4546
cr*          +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Debtor Shane Kelly Abbott, Jr. mcculloughseisenberg@gmail.com,
               G25217@notify.cincompass.com
              JOHN J. MCANENEY    on behalf of Creditor    Hatboro Federal Savings jmcaneney@timoneyknox.com,
               lhyde@timoneyknox.com
              KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHANE KELLY ABBOTT, JR.                    Chapter 13

               Debtor            Bankruptcy No. 18-11587-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __11th__ day of __September__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CAROL B MCCULLOUGH
65 W STREET RD
SUITE A-204
WARMINISTER, PA 18974-

Debtor:
SHANE KELLY ABBOTT, JR.

744 MEARNS ROAD

WARMINSTER, PA 18974